UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GEORGE H. PETERS,

       Plaintiff,                    Case No. 05-C-0787

vs.

DAVID BRENNAN, CEO ASTRAZENECA LP
ALLAN G. LAFLEY, CEO PROCTER &
GAMBLE DISTRIBUTING CO.,

       Defendants.

## DECLARATION OF DAVID BRENNAN

Pursuant to 28 U.S.C. § 1746, I, David Brennan, declare as follows:

1. I am over the age of 21 and am the Chief Executive Officer of Astrazeneca LP ("Astrazeneca"). I make this declaration in support of my motion to dismiss the Complaint in the above-captioned matter for lack of personal jurisdiction and improper venue. The facts set forth herein are based upon my personal knowledge.

2. I currently reside in Wayne, PA and have lived in this location for 10 years. I have lived in PA for 20 years.

3. I have never been a resident of Wisconsin.

4. While Astrazeneca does business in Wisconsin and throughout the world, I have never conducted personal business in Wisconsin.

5. I have never owned or leased any property in Wisconsin.

6. I have never possessed a Wisconsin telephone number or address.

7. I have never paid taxes in Wisconsin.

8. I have never had an agent in Wisconsin for the receipt of service of process on my

personal behalf.

9. I do not engage in any other activities in Wisconsin.

I, David Brennan, declare under penalty of perjury that the foregoing is true and correct.

Dated this 26th day of August, 2005.

*(signature)*
David Brennan

T:\clients\016939\0001\A1283798.1